## PROUTT v. STATE.
### No. 21435.

Court of Criminal Appeals of Texas..

Feb. 12, 1941.

Earl Shelton, of Austin, for ̇appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in the district court of Travis County on a charge of mur-

der and his punishment assessed at five years in the penitentiary.

The proceedings appear regular, and the facts are sufficient to warrant the conviction. No bills of exception or. statement of facts are presented and there is nothing for this court to consider.

The judgment of the trial court is affirmed.

## RICH v. STATE.
### No. 21444.

Court of Criminal Appeals of Texas.

Feb. 12, 1941.

T. O. Murray, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in the district court of Collin County on a charge of driving while intoxicated, and his punishment assessed at five days in jail and a fine of $50.

The proceedings appear regular and the facts are sufficient to warrant the conviction. No statement of facts or bills of exception are presented and there is nothing for this court to review.

The judgment of the trial court is affirmed.